IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| INFOGATION CORPORATION, | § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:23-CV-00358-JRG |
| BAYERISCHE MOTOREN WERKE AG, | § § § | |
| *Defendant*. | § § § | |

## ORDER

Before the Court is the Notice of Voluntary Dismissal with Prejudice (the "Notice") filed by Plaintiff Infogation Corporation ("Plaintiff"). (Dkt. No. 43.) In the Notice, Plaintiff voluntarily dismisses the above-captioned case against Defendant Bayerische Motoren Werke AG ("Defendant")[1] with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. (*Id.*)

Having considered the Notice, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims by Plaintiff in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**. The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

---

[1] The Notice includes a statement regarding Plaintiff's dismissal of its claims against BMW of North America, LLC. (*Id.* at 1.) BMW of North America, LLC is not a defendant in the above-captioned case. Accordingly, this Order does not affect Plaintiff's claims against BMW of North America, LLC in Case No. 2:24-cv-00304-JRG.

**So ORDERED and SIGNED this 30th day of August, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE