# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| INFOGATION CORPORATION,<br><br>   Plaintiff,<br><br>v.<br><br>BAYERISCHE MOTOREN WERKE AG,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 2:23-cv-00358-JRG<br>)<br>)<br>)<br>)<br>) |

---

| | |
|---|---|
| INFOGATION CORPORATION,<br><br>   Plaintiff,<br><br>v.<br><br>BMW OF NORTH AMERICA, LLC,<br><br>   Defendant. | )<br>)<br>)<br>)  C.A. No. 2:24-CV-00363-JRG<br>)  (LEAD CASE)<br>)<br>)  C.A. No. 2:24-cv-00304-JRG<br>)  (MEMBER CASE)<br>)<br>)<br>) |

### DEFENDANTS BAYERISCHE MOTOREN WERKE AG AND BMW OF NORTH AMERICA, LLC'S NOTICE REGARDING MOTION FOR FEES UNDER FED. R. CIV. P. 54(d)(2)

On September 10, 2024, Defendants Bayerische Motoren Werke AG ("BMW AG") and BMW of North America, LLC ("BMW NA") filed an Unopposed Motion for Extension of Time to File a Motion for Fees Under Fed. R. Civ. P. 54(d)(2) in the above referenced matters. The extended deadline for BMW AG and BMW NA to file any motion for fees is September 25, 2024.

BMW AG and BMW NA hereby notify the Court that they will not be filing a Motion for Fees in either civil action. As such, neither BMW AG nor BMW NA will file any further motions

or submissions in the above referenced matters. BMW AG and BMW NA thank the Court for the provided extension of time.

Dated: September 23, 2024        */s/ Brian Paul Gearing*

                                      Brian Paul Gearing (*pro hac vice*)
                                      CROWELL & MORING LLP
                                      Two Manhattan West
                                      375 9th Avenue
                                      New York, NY 10001
                                      Tel: (212) 223-4000
                                      Fax: (212) 223-4134
                                      bgearing@crowell.com

                                      Ali H.K. Tehrani (*pro hac vice*)
                                      CROWELL & MORING LLP
                                      1001 Pennsylvania Avenue, N.W.
                                      Washington, DC  20004-2595
                                      Tel: (202) 654-2500
                                      Fax: (202) 628-5116
                                      atehrani@crowell.com

                                      Michael E. Jones
                                      SBN:  10929400
                                      Shaun W. Hassett
                                      SBN :  24074372
                                      POTTER MINTON, PC
                                      102 North College, Suite 900
                                      Tyler, Texas 75702
                                      Tel: (903) 597-8311
                                      Fax: (903) 593-0846
                                      mikejones@potterminton.com
                                      shaunhassett@potterminton.com

                                      *Attorneys for Defendants*
                                      *Bayerische Motoren Werke AG and*
                                      *BMW of North America, LLC*